IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNNIE D. McGEE,

Plaintiff,

vs.

CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: PA WHITE,
Wilcox State Prison; Dr. YOUNG, Smith
State Prison; Dr. BASSEY, Macon
State Prison, and Warden ETHERIDGE,
at Telfair State Prison,

Defendants.

## ORDER

Plaintiff filed a "Motion Requesting that Counsel For Defendant's (sic) Letter Dated 4/1/05, Be Placed In Evidence." (Doc. 36.) Defendants filed a response to the motion. After review, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   6:04-cv-00087
Date Served:   May 4, 2005
Served By:

Attorneys Served:

  Johnnie D. McGee
  Deron R. Hicks, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate