FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9 P 3: 20

CLERK _F. LaVictoire_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNNIE D. McGEE,

  Plaintiff,

vs.           CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: PA WHITE,
Wilcox State Prison; Dr. YOUNG, Smith
State Prison; Dr. BASSEY, Macon
State Prison, and Warden ETHERIDGE,
at Telfair State Prison,

  Defendants.

## ORDER

Plaintiff has filed an Objection to the Service Charge and Cost Under Federal Indigent Status. (Doc. 35.) He states that the Medical Clerk at Telfair State Prison will not permit him to view and photocopy his medical records without prepaying a $10.00 service fee, plus paying $.25 per page for desired copies. Defendants have filed no response to Plaintiff's objection. Plaintiff's objection is **sustained** in part. Defendant Etheridge shall direct the Medical Clerk to permit Plaintiff to view his medical records without prepaying a service fee. The remainder of Plaintiff's objection is **overruled**. Plaintiff must pay for whatever photocopies he desires, or he may hand copy said records.

**SO ORDERED**, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)