IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



JOHNNIE D. McGEE,

Plaintiff,

vs.

CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: PA WHITE,
Wilcox State Prison; Dr. YOUNG, Smith
State Prison; Dr. BASSEY, Macon
State Prison, and Warden ETHERIDGE,
at Telfair State Prison,

Defendants.

## ORDER

Plaintiff filed a "Motion to Comply with Schedule Records Review." (Doc. 39.) Plaintiff asserts that Warden Etheridge, or his staff, cancelled a scheduled time for Plaintiff to review his medical records. Plaintiff seeks an order permitting him to review his medical records. At the time Plaintiff filed this motion, he was incarcerated at Telfair State Prison in Helena, Georgia. He has since been transferred to Macon State Prison in Oglethorpe, Georgia. Plaintiff's motion is **GRANTED**, and Plaintiff shall be allowed to review his medical records.

SO ORDERED, this 31st day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MCGEE            )

vs                        )      CASE NUMBER CV604-87

DEPT OF CORRECTIONS, ET AL )    DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/31/05, which is part of the official record of this case.

Date of Mailing: 5/31/05

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Deron Hicks
Johnnie McGee, GDC 106406, Macon State Prison, P.O. Box 426, Oglethorpe, GA 31068

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate