IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



JOHNNIE D. McGEE,

Plaintiff,

vs.

CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: Dr. YOUNG,
Smith State Prison; Dr. BASSEY,
Macon State Prison, and Warden
ETHERIDGE, at Telfair State Prison,

Defendants.

## ORDER

Plaintiff has filed a "Motion for Document to be Placed in Court Records." (Doc. 51.) Plaintiff is requesting that a copy of his medical records and a copy of Defendants' counsel's April 1, 2005 letter be filed with the record of this case. Defendants have filed a response to the motion. Plaintiff's motion is **GRANTED in part.** Plaintiff shall provide to the Court a copy of the medical records he desires to file within ten (10) days of the date of this Order. Plaintiff's request regarding counsel's April 1, 2005 letter is **DENIED.**

SO ORDERED, this 25th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MCGEE )

vs ) CASE NUMBER CV604-87

DEPT OF CORRECTIONS, ET AL ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/25/05, which is part of the official record of this case.

Date of Mailing: 7/25/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Deron Hicks
Johnnie McGee, GDC106406, Macon State Prison, P.O. Box 426, Oglethorpe, GA 31068

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate