IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 26 A 11: 02

CLERK

JOHNNIE D. McGEE,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: Dr. YOUNG,
Smith State Prison; Dr. BASSEY,
Macon State Prison, and Warden
ETHERIDGE, at Telfair State Prison,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Medical Examination by an Independent Party Appointed By the Court. (Doc. 60.) Plaintiff seeks an Order directing that he be examined by physicians not employed by the Georgia Department of Corrections or the State of Georgia. Defendants have filed their response to Plaintiff's motion.

Upon review, Plaintiff's motion is **DENIED**. Defendants have no obligation to incur the cost of having Plaintiff examined by a physician not employed by the Georgia Department of Corrections. Furthermore, Plaintiff's motion is without merit or legal basis.

**SO ORDERED**, this 26th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)