IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNNIE D. McGEE,

    Plaintiff,

vs.                                   CIVIL ACTION NO.: CV604-087

DEPARTMENT OF CORRECTIONS
MEDICAL PROVIDERS: Dr. YOUNG,
Smith State Prison; Dr. BASSEY,
Macon State Prison, and Warden
ETHERIDGE, at Telfair State Prison,

    Defendants.

## ORDER

Plaintiff has filed a motion requesting the Court to direct Defendants to provide him with a copy of his deposition taken on June 23, 2005. He also moves for an Order "that charges be brought against Warden Perry at Macon State Prison" for his refusal to permit Plaintiff to review his medical records. (Doc. 61.) Defendants have filed a response and a supplemental response. Plaintiff's motion is **GRANTED** in part. Defendants shall provide Plaintiff with a copy of his June 23, 2005 deposition at no cost to the Plaintiff. As Plaintiff has had the opportunity to review his medical files, the remainder of Plaintiff's motion is **DISMISSED** as moot.

SO ORDERED, this 29th day of July, 2005.

                                              JAMES E. GRAHAM
                                              UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MCGEE

_____ )

vs

DEPT OF CORRECTIONS

_____ )

CASE NUMBER CV604-87

DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/29/05, which is part of the official record of this case.

Date of Mailing: 7/29/05

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: _Sherry Taylor_
Sherry Taylor, Deputy Clerk

Name and Address

Deron Hicks
Johnnie McGee, GDC106406, Macon State Prison, P.O. box 426, Oglethorpe, GA 31068

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate